**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE MINUTES**

Date: March 1, 2006                                Case No. 05-CV-1369
Judge: HON. DAVID R. HOMER                         Length of Conf. :.25
SHORT TITLE: The Anderson Group vs. City of Saratoga Springs
APPEARANCES:   Reed Colfax representing The Anderson Group
               Gregg Johnson representing City of Saratoga Springs

**PROCEEDING**

**RULE 16 CONFERENCE**

DATES SET OR EXTENDED: ■ YES   ❏ NO

Remarks:   A Rule 16 conference was held on March 1, 2006. A pretrial scheduling order was issued and an order concerning defendants' joint representation of defendants.

NEXT CONFERENCE DATE: at

Trial Ready: ❏ YES   ■ NO