# EXHIBIT 58

```
The Anderson Group              Paid Invoice Register                    03-08-2007    Page 1
                                                                         System Date: 03-08-2007
                                                                         System Time:  7:59 pm
                                                        Files Used:  HISTORY.API,NEW.API,MASTER.APM
```

| Invoice | Bank Account | Check | Check Date | Original Invoice Amount | Amount Paid | Discount Taken | Misc. Ded. Applied | Current Invoice Balance |
|---|---|---|---|---|---|---|---|---|
| THELAG | The LA Group | | | | | | | |
| 16518 | 01ADC | 15685 | 09-14-2004 | 3,258.64 | 3,258.64 | | | |
| 16606 | 01ADC | 15707 | 10-14-2004 | 8,549.40 | 8,549.40 | | | |
| 16726 | 01ADC | 15756 | 11-30-2004 | 14,620.50 | 14,620.50 | | | |
| 16832 | 01ADC | 15771 | 12-13-2004 | 4,329.61 | 4,329.61 | | | |
| 16903 | 01ADC | 15794 | 01-12-2005 | 3,763.00 | 3,763.00 | | | |
| 17985 | 02WAP | 2726 | 04-17-2006 | 2,701.85 | 2,701.85 | | | |
| 062504 | 01ADC | 10300 | 06-25-2004 | 1,500.00 | 1,500.00 | | | |
| | | Vendor Totals | | 38,723.00* | 38,723.00* | .00* | .00* | .00* |
| | | Report Totals | | 38,723.00* | 38,723.00* | .00* | .00* | .00* |



EXHIBIT NO. 104 FOR IDENTIFICATION DATE: 3-9-07 SUSAN FLORIO, RPR